No. 793. IGNATIUS TIMOTHY TRIBICH LINCOLN, APPELLANT, *v.* JAMES M. POWER, MARSHAL, ETC. Appeal from the District Court of the United States for the Eastern District of New York. Argued April 24, 1916. Decided May 1, 1916. *Per Curiam.* Judgment affirmed with costs upon the authority of (1) *In re Luis Oteiza y Cortes,* 136 U. S. 330, 334; *Ornelas* v. *Ruiz,* 161 U. S. 502, 508;

*Bryant* v. *The United States,* 167 U. S. 104, 105; *Terlinden* v. *Ames,* 184 U. S. 270, 278; *Elias* v. *Ramirez,* 215 U. S. 398, 406–407; *McNamara* v. *Henkel,* 226 U. S. 520, 523; (2) *David Kauffman & Sons Co.* v. *Smith,* 216 U. S. 610; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580; *Manila Investment Co.* v. *Trammell,* 239 U. S. 31. *Mr. John Neville Boyle* and *Mr. Addison S. Pratt* for the appellant. *The Attorney General* and *Mr. Charles Fox* for the appellees.